# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JUNE 25, 2019

## NO. 03-18-00721-CV

**Kevin Rose, Appellant**

**v.**

**Scientific Machine & Welding, Inc., Appellee**

**APPEAL FROM THE 419TH DISTRICT COURT OF TRAVIS COUNTY**
**BEFORE JUSTICES GOODWIN, BAKER, AND TRIANA**
**AFFIRMED -- OPINION BY JUSTICE BAKER**

This is an appeal from the interlocutory order signed by the trial court on October 30, 2018. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the order. Therefore, the Court affirms the trial court's interlocutory order. Appellant shall pay all costs relating to this appeal, both in this Court and in the court below.